No. 885. J. L. MACDANIEL (FIRST NAME UNKNOWN) v. UNITED STATES. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth

Circuit denied. *Mr. Robert R. Nevin* and *Mr. Earl H. Turner* for petitioner. No brief filed for the United States.